## Charles P. Galligan v. Sarah J. Galligan and another.

The proofs fail to sustain the case made by the bill.

*Heard October 31. Decided January 7.*

Appeal in Chancery from Kalamazoo Circuit.

This was a bill to set aside a deed executed by complainant and his wife, one of the defendants, to the other defendant, George W. Mundy, and a deed from Mundy to the wife, on the ground that the complainant was intoxicated when it was executed; that when intoxicated he was of weak mind and much under the influence and control of his wife; that she and the other defendant, taking advantage of this, fraudulently combined to procure the execution of the deed from complainant, and by furnishing him liquor and inducing him to drink to intoxication succeeded; and that the deeds were made without consideration and in fraud of complainant's rights. The decree below was in favor of complainant, and defendant Sarah J. Galligan appealed.

*Severens & Burrows,* for complainant.

*Edwards & Sherwood,* for defendants.

CHRISTIANCY, J., delivered the opinion of the court, holding that the proofs failed to establish the incapacity of complainant at the time of the execution of the deed, or to show any fraud or undue influence on the part of the defendants, or either of them, or that there was any thing improvident or injudicious on the part of complainant in conveying the property to his wife.

Decree below reversed, and bill dismissed, with costs of both courts to appellant.